**DENY; and Opinion Filed June 10, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00682-CV**

**IN RE KAREN NEWSOM, Relator**

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-50697-2008**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Lang-Miers

Relator filed this petition for writ of mandamus arguing that the trial court clearly abused its discretion in refusing to decline jurisdiction in this suit affecting the parent-child relationship. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that the relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has failed to establish a right to the relief requested. We deny the petition.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

150682F.P05